130

UNITED STATES of America,
Plaintiff–Appellee

v.

Jeffrey JOHNSON, Defendant–
Appellant.

No. 07–30023
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

John L. Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Joseph R. Streva, Jr., Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jeffrey Johnson pleaded guilty to possession of child pornography and received a sentence of 120 months in prison. On appeal, he argues that the presumption of reasonableness given by this court to sentences within the advisory range of the Sentencing Guidelines returns the Guidelines to the unconstitutional mandatory status they held before *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The presumption

used by this court does not violate the Sixth Amendment. *Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.0